

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00479-CV

**UPSILON L.P.**, Individually and d/b/a North Texas Nissan,
Appellant

v.

**NEW CAR CONCEPTS** and Gregory Edgington,
Appellees

From the 158th District Court, Denton County, Texas
Trial Court No. 2008-20166-158
The Honorable Steve Burgess, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the portion of the trial court's judgment awarding damages and attorneys' fees to appellees New Car Concepts and Gregory Edgington is REVERSED and a take-nothing judgment is RENDERED against them. The portion of the judgment awarding $11,361.35 in damages to appellant Upsilon L.P., Individually and d/b/a North Texas Nissan, is AFFIRMED.

It is further ORDERED that appellant Upsilon L.P., Individually and d/b/a North Texas Nissan, recover its costs of appeal from appellees New Car Concepts and Gregory Edgington.

SIGNED August 30, 2013.

_____
Rebeca C. Martinez, Justice